**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**FORT SMITH DIVISION**

**KARLA D. STEPHENS**                                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 2:25-CV-2115**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                    **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 12) filed in this case on May 1, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas. No objections were filed by the deadline.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, the Commissioner's final decision is **REVERSED**, and this case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 18th day of May, 2026.


                                                            /s/ Timothy L. Brooks
                                                            TIMOTHY L. BROOKS
                                                            CHIEF UNITED STATES DISTRICT JUDGE