# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FORT SMITH DIVISION

**KARLA D. STEPHENS**                                                                              **PLAINTIFF**

**V.**                                              **CASE NO. 2:25-CV-2115**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                         **DEFENDANT**

## <u>ORDER</u>

Currently before the Court is the Report and Recommendation (Doc. 18) of the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas, dated July 6, 2026, regarding the Motion for Attorney's Fees (Doc. 15) filed by Plaintiff's counsel. More than fourteen (14) days have passed since the parties' receipt of the Report and Recommendation, and no objections were filed.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED IN ITS ENTIRETY**. The Plaintiff's Motion (Doc. 15) is **GRANTED**, and the Plaintiff is awarded the sum of **$6,700.00**.

**IT IS SO ORDERED** on this 21st day of July, 2026.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE